IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08- 60699 – CV – Cohn/Seltzer

Freeda Saunders,

    Plaintiff,

vs.

The University of Phoenix, Inc.,

    Defendant.

_____/

## ORDER STAYING CASE AND COMPELLING BINDING ARBITRATION

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Stay and to Compel Binding Arbitration [DE 7].  The Court has reviewed the Motion and is otherwise advised in the premises.  It is hereby

**ORDERED AND ADJUDGED**  that:

1. Joint Motion to Stay and to Compel Binding Arbitration [DE 7] is **GRANTED.**

2. This action is **STAYED**.  The claims asserted in the Complaint are to be submitted to binding arbitration in accordance with The University of Phoenix, Inc.'s Employee Handbook.

3. The Clerk of the Court is directed to administratively close this case.

4. This action will be removed from the trial calendar and all deadlines are hereby vacated.

5. The parties shall submit a Joint Status Report by no later than December 11, 2008, outlining the current status of the arbitration.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of June, 2008.

JAMES I. COHN
United States District Judge

Copies furnished to:

All Counsel of Record