IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08- 60699 – CV – Cohn/Seltzer

Freeda Saunders,

        Plaintiff,

vs.

The University of Phoenix, Inc.,

        Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal [DE 10].  It is hereby

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, each side to bear their own costs and fees.  The Clerk shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 30th day of July, 2008.

*[Signature]*
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF